UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESMOND HODGES**,** individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>OSMOSE UTILITIES SERVICES, INC.**,**<br><br>        Defendant. | Case No.: 1:20-cv-11715-DPW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff Desmond Hodges, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action without prejudice.


DATED: September 21, 20      By:    */s/* John Fink
                                                    John Fink
                                                  SIMS & SIMS LLP
                                                  53 Arlington Street
                                                  Brockton, MA  02301
                                                  Ph:  (508)-588-6900 Extn. #104
                                                  Fx:  (508)-586-3320
                                                  JohnFink@simsandsimsllp.com

                                                  *Local Counsel for Plaintiff*